UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES RONALD MCKINNEY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PATRICK GLEBE, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO. C10-1863-RSM <br><br> ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Petitioner's motion to withdraw (Dkt. 11) is DENIED;

(4) Petitioner is DENIED issuance of a certificate of appealability, and

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01       DATED this 18 day of April 2011.

02

03

04                                              [signature]
                                        RICARDO S. MARTINEZ
05                                      UNITED STATES DISTRICT JUDGE

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2